Kenneth E. Horton (State Bar No. 8331)
Cameron M. Hancock (State Bar No. 5389)
**KIRTON MCCONKIE**
1800 World Trade Center
60 East South Temple
Salt Lake City, Utah  84145
   Telephone:  (801) 321-4897
   Facsimile:   (801) 321-4983
khorton@kmclaw.com
chancock@kmclaw.com

Siegmund Y. Gutman (*pro hac vice* to be filed)
Susan L. Gutierrez (*pro hac vice* to be filed)
**PROSKAUER ROSE LLP**
2049 Century Park East, Suite 3200
Los Angeles, California 90067
   Telephone:  (310) 557-2900
   Facsimile:   (310) 557-2193
sgutman@proskauer.com
sgutierrez@proskauer.com

Attorneys for Applicant AMGEN INC.

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMGEN INC.,<br><br>     Applicant,<br><br>v.<br><br>CHRISTOPHER P. HILL,<br><br>     Respondent. | Case No.: 2:14-mc-00908-DN-EJF<br><br>**APPLICANT AMGEN INC.'S *EX PARTE* MOTION FOR AN ORDER GRANTING THIRD-PARTY DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Hon. Judge David Nuffer<br><br>Hon. Magistrate Judge Evelyn J. Furse |

Pursuant to Federal Rule of Civil Procedure 7 and DUCivR 7-1, Applicant Amgen Inc. ("Amgen"), by and through undersigned counsel, respectfully moves the Court *ex parte* for an order granting third-party discovery from Respondent Christopher P. Hill ("Dr. Hill") for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Motion").  Per DUCivR 7-1(a)(1), Amgen provides the following memorandum in support of the instant Motion.

## PRECISE RELIEF SOUGHT AND SPECIFIC GROUNDS THEREFORE

By the instant Motion, Amgen seeks an *ex parte* order authorizing the issuance of document and deposition subpoenas directing Dr. Hill to produce documents within 14 days of service, and provide deposition testimony within 28 days of service, for use in a number of pending foreign proceedings involving a dispute between Amgen (and one of its affiliates) and Teva Pharma B.V. ("Teva") regarding the inventorship and ownership of certain patents.  This Motion is authorized under 28 U.S.C. § 1782, and it should be granted because (i) it satisfies the statutory requirements thereof and (ii) the factors relevant to the Court's discretion to allow discovery under that statute weigh in favor of granting the requested discovery.

## ARGUMENT

In pertinent part, 28 U.S.C. § 1782 states that:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal. … The order may be made … upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

Pursuant to the foregoing statute, and associated case law, Amgen previously filed what was styled as "Notice" of an "Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery from Christopher P. Hill for Use in a Foreign Proceeding" and a separate

memorandum in support thereof.[1]   The Court identified Amgen's dual notices as deficient, and instructed Amgen to "refile the pleading" as "a Motion for Letters Rogatory[2] with Memorandum in support as an attachment."[3]   In an effort to comply with Docket Entry No. 4, Amgen respectfully files the instant Motion and, for the sake of economy and efficiency, attaches its prior notices and incorporates the same by this reference in full.  Specifically, attached hereto as **Exhibits "1"** and **"2"**, respectively, are all of Amgen's papers filed as Docket Entry Nos. 2 and 3, including the associated sub-exhibits included therewith.  To this end, Amgen respectfully requests that the Court consider the substance of Amgen's prior papers under this Motion and grant the order included herewith.

## **CONCLUSION**

For the foregoing reasons, as more fully set forth in Exhibits 1 and 2, Amgen respectfully requests that the Court exercise its discretion to issue an *ex parte* order Granting Amgen's Motion to take discovery from Dr. Hill pursuant to 28 U.S.C. § 1782.

---

[1] See Docket Entry(ies) ("D.E.") #2 and 3.

[2] It is Amgen's understanding that letters rogatory are reserved for formal requests from one judicial body to another.  See, e.g., 22 C.F.R. § 92.54 ("the term *letters rogatory* denotes a formal request from a court in which an action is pending, to a foreign court to perform some judicial act"); see also 28 U.S.C. § 1782(a) ("The order may be made pursuant to a letter rogatory issued … by a foreign or international tribunal ***or upon the application of any interested person***") (emphasis added).  To this end, Amgen respectfully suggests that the instant Motion is properly styled under 28 U.S.C. § 1782(a) as an "application of any interested person," and not as a letters rogatory.

[3] See D.E. #4.

DATED this 17th Day of December, 2014,

                Respectfully submitted,


                PROSKAUER ROSE LLP


                /s/ Siegmund Y. Gutman
                Siegmund Y. Gutman (*pro hac vice* to be filed)
                Susan L. Gutierrez (*pro hac vice* to be filed)

                Attorneys for Applicant Amgen Inc.


                KIRTON MCCONKIE


                /s/ Kenneth E. Horton
                Kenneth E. Horton
                Cameron M. Hancock

                Attorneys for Applicant Amgen Inc.

## CERTIFICATE OF SERVICE

I, Kenneth E. Horton, hereby certify that on this 17th day of December, 2014, I caused a true and correct copy of the foregoing **APPLICANT AMGEN INC.'S** *EX PARTE* **MOTION FOR AN ORDER GRANTING THIRD-PARTY DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 AND MEMORANDUM IN SUPPORT THEREOF** to be served upon Dr. Hill, through his U.S. counsel, by first-class mail to the following address:

Steven A. Ellis
Jason O. Braiman
GOODWIN PROCTER LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017
sellis@goodwinprocter.com
jbraiman@goodwinprocter.com

/s/Kenneth E. Horton
Kenneth E. Horton